**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: June 22, 2010**

_____

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION

In Re:     BRIAN S GEORGE          :         Chapter 13

                                   :         09-50458

DEBTOR(S)                          :         JUDGE PRESTON
```

### ORDER OF DISMISSAL

Pursuant to the motion of the Chapter 13 Trustee and for good cause shown, the Court hereby dismisses this proceeding for failure of the debtor(s) to comply with the terms of the Chapter 13 Plan previously confirmed herein. See 11 U.S.C. 1307 (c) (6).

The Trustee is hereby given leave to file his Final Report herein and be discharged from his trust.

**IT IS SO ORDERED.**

**Copies to: All Creditors and Parties in Interest**

###

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Jun 24, 2010.
```
db          +Brian S George,    143 Township Road 209,    Marengo, OH 43334-9610
12039119    +AMERICAN GENERAL FINANCE,    2170 MILLENNIUM PLAZA D,    CORTLAND, OH 44410-9191
11993107    +Allied Interstate INC,    31229 Cedar Valley Dr.,    Westlake Village, CA 91362-4036
11993108    +Allied Waste Services,    2175 Stiving Rd.,    Mansfield, OH 44903-8900
11993111     Aspire,    P.O. Box 23007,    Columbus, GA 31902-3007
11993112    +Aspire/CB&T,    P.O. Box 105555,    Atlanta, GA 30348-5555
11993114    +CES Credit Union,    1215 Yauger Rd.,    Mt. Vernon, OH 43050-9233
11993113     Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
11993116    +Columbus B&T Georgia,    245 Perimeter Ctr, Ste 600,    Atlanta, GA 30346-2304
11993117    +Consolidated Electric Cooperative,    PO Box 111,    Mt. Gilead OH 43338-0111
11993118     Dish Network,    Dept. 0063,    Palatine, IL 60055-0063
11993119    +ERS Solutions, Inc.,    800 SW 39th St.,    P.O. Box 9004,    Renton, WA 98057-9004
11993120    +FFCC - Columbus,    1550 Old Henderson Rd.,    Columbus, OH 43220-3626
11993122     First Knox National Bank,    105 W Vine St.,    Mt. Vernon, OH 43050-2455
11993126    +Grady Memorial Hospital,    Attn: Financial Counseling,    561 W. Central Ave.,
              Delaware OH 43015-1489
11993127    +IC System, Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
11993128    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,    P.O. Box 21126,
              Philadelphia, PA 19114-0326)
11993129    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,    Special Procedures,    P.O. Box 1579,
              Cincinnati, OH 45201)
12107175     JS & Associates Appraisal Services, LLC,    P.O. Box 360713,    Columbus, OH 43236-0713
12173899    +Jefferson Capital Systems LLC,    PO Box 7999,    SAINT CLOUD MN 56302-7999
11993130    +Knox Community Hospital,    1330 Coshocton Rd.,    Mt. Vernon, OH 43050-1495
11993131    +Ohio Gastroenterology Group, Inc. and,    Central Ohio Endoscopy Center, LLC,
              3820 Olentangy River Road,    Columbus, OH 43214-5403
11993132     US Attorney General,    Main Justice Building, Room 511,    10th & Constitution Avenue, N.W.,
              Washington, DC 43215
12211474    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank, N.A.,    4801 Frederica Street,    Owensboro, KY 42301)
11993133    +US Bank Home Mortgage,    4801 Fredrica St.,    Owensboro, KY 42301-7441
11993134    +US District Attorney,    Two Nationwide Plaza, 4th Floor,    280 North High Street,
              Columbus, OH 43215-2537
12162499     eCAST Settlement Corporation assignee of Capital,    One Bank,    POB 35480,    Newark NJ 07193-5480
```

The following entities were noticed by electronic transmission on Jun 22, 2010.
```
11993110     E-mail/PDF: CBP@AGFINANCE.COM Jun 23 2010 01:48:43      American General Finance,
              P.O. Box 742536,    Cincinnati, OH 45274-2536
11993109    +E-mail/PDF: CBP@AGFINANCE.COM Jun 23 2010 01:48:43      American General Finance,
              1175 Columbus Pike,    Delaware, OH 43015-2713
11993115    +E-mail/Text: ahess@cescu.com                             CES Credit Union,    P.O. Box 631,
              Mt. Vernon, OH 43050-0631
11993123    +E-mail/Text: jwever@firstknox.com                        First Knox National Bank,
              P.O. Box 1270,    Mt. Vernon, OH 43050-1270
11993121    +E-mail/Text: jwever@firstknox.com                        First Knox National Bank,
              1 South Main St.,    P.O. Box 1270,    Mt. Vernon, OH 43050-1270
11993125    +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2010 01:50:54      GEMB/Lowe's,    P.O. Box 981400,
              El Paso , TX 79998-1400
11993124    +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2010 01:50:55      GEMB/Lowe's,    P.O. Box 981064,
              El Paso, TX 79998-1064
12254931     E-mail/PDF: BNCEmails@blinellc.com Jun 23 2010 01:47:48      Roundup Funding, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           CES Credit Union Inc
                                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2010**                              **Signature:** *Joseph Speetjens*